UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RAJ DAVÉ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv866 |
| ) | GBL/IDD |
| DARBY & DARBY, P.C., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated between the parties that this action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: December 23, 2009

_/s/ Philip J. Harvey_
Philip J. Harvey (VSB #37941)
pharvey@fiskeharvey.com
Adrien C. Pickard (VSB #65833)
apickard@fiskeharvey.com
FISKE & HARVEY, PLLC
100 N. Pitt Street, Suite 206
Alexandria, VA 22314
Telephone: 703.518.9910
Facsimile: 703.518.9931
*Counsel for Plaintiff*

_/s/ B.S. Chew_
Benjamin Chew (VSB # 29113)
bchew@pattonboggs.com
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6482
*Counsel for Darby & Darby, P.C.*

Paul D. Sarkozi
sarkozi@thslaw.com
TANNENBAUM, HELPERN SYRACUSE &
HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
Facsimile: (212) 371-1084
*Of Counsel for Darby & Darby, P.C.*