UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

RAJ DAVÉ, )
)
    Plaintiff, )
)
    v. )  Civil Action No. 1:09cv866
)  GBL/IDD
DARBY & DARBY, P.C., )
)
    Defendant. )

FILED
JAN - 4 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## STIPULATION OF DISMISSAL

It is hereby stipulated between the parties that this action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: December 31, 2009

/s/ Adrien C. Pickard
Philip J. Harvey (VSB #37941)
pharvey@fiskeharvey.com
Adrien C. Pickard (VSB #65833)
apickard@fiskeharvey.com
FISKE & HARVEY, PLLC
100 N. Pitt Street, Suite 206
Alexandria, VA 22314
Telephone: 703.518.9910
Facsimile: 703.518.9931
*Counsel for Plaintiff*

/s/ Benjamin Chew
Benjamin Chew (VSB #29113)
bchew@pattonboggs.com
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6482
*Counsel for Darby & Darby, P.C.*

Paul D. Sarkozi
sarkozi@thslaw.com
TANNENBAUM, HELPERN SYRACUSE &
HIRSCHTRITT LLP
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
Facsimile: (212) 371-1084
*Of Counsel for Darby & Darby, P.C.*

So Ordered.

/s/
Gerald Bruce Lee
United States District Judge

January 4, 2010